Case 7:24-cr-00406-KMK    Document 9    Filed 11/08/24    Page 1 of 2



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

United States Attorney's Office
50 Main Street, Suite 1100
White Plains, New York 10606

November 7, 2024

**VIA ECF**

Hon. Kenneth M. Karas
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

    Re:    *United States v. Roberto Maldonado Rivera*, 24-CR-406 (KMK)

Dear Judge Karas:

    The Government writes to update the Court on today's proceedings before the Honorable Judith C. McCarthy, United States Magistrate Judge, and to seek an exclusion of time under the Speedy Trial Act.

    The parties were originally scheduled to appear before Your Honor today, November 7, 2024, for a status conference and to request a trial date. On November 1, we jointly informed the Court via email that the defendant was likely to accept a plea offer made by the Government. Accordingly, the Court adjourned the November 7 status conference and directed the parties to appear before a United States Magistrate Judge for the change of plea.

    As directed, the parties appeared today before the Honorable Judith C. McCarthy. At the start of the anticipated change of plea hearing, Defense counsel informed the Court that the defendant was not prepared to move forward with the change of plea. As requested by the Government and Pretrial Services, Judge McCarthy conducted a bail-review hearing to address the defendant's recent violation of his bail conditions, as set forth in a memorandum issued by Pretrial Services this morning. Following the hearing, Judge McCarthy revoked the defendant's bail. He was ordered to self-surrender to the United States Marshals by 12:00 p.m. on Tuesday, November 12, 2024.

    The parties are continuing to discuss a potential pretrial resolution. The Government's final plea offer to the defendant expires on November 15, 2024. If the defendant does not intend to accept the plea offer, the parties will contact Your Honor to schedule a status conference and to request a trial date.

Time is currently excluded under the Speedy Trial Act until November 7, 2024. The Government respectfully requests that speedy trial time be excluded, in the interests of justice, until November 30, 2024, to allow the defendant to consider the Government's plea offer and for the parties to appear before the Court if the defendant declines the Government's offer. The interests of justice from this exclusion outweigh the public's and Defendant's interests in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

cc:   Jonathan Lettieri, U.S. Pretrial Services
      Viosanny Harrison, U.S. Pretrial Services

> Sincerely,
>
> DAMIAN WILLIAMS
> United States Attorney
>
> By: _____
> Shaun E. Werbelow/Ben Arad
> Assistant United States Attorneys
> (914) 993-1962

Granted.

Time is excluded, in the interests of justice, until 11/30/24. This exclusion allows the Parties to continue their discussions toward a resolution of this case and outweighs Defendant's and the public's interests in a speedy trial. See 18 U.S.C. Section 3161(h)(7)(A).

So Ordered.

11/7/24