UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                       Plaintiff,                  **MEMORANDUM**

    -against-                                 24 Cr. 406 (KMK)

ROBERTO MALDONADO RIVERA,

                       Defendant.
-------------------------------------------------------------X

TO:  Kenneth M. Karas, United States District Judge:

       Please find attached a transcript of the December 3, 2024 plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated: January 14, 2025
       White Plains, New York

                                                          Respectfully Submitted,

                                                          */s/ Judith C. McCarthy*
                                                          JUDITH C. McCARTHY
                                                         United States Magistrate Judge